IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

      Plaintiff,

v.                                          4:14cv146-WS

C. DOUGLAS, L. GRAHAM, and
C.E. RICHARDSON, M.D., and
CORIZON MEDICAL SERVICES,

      Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc.

19) docketed September 18, 2014.  The magistrate judge recommends that the

plaintiff's motion for a second medical opinion be denied.  The plaintiff has filed

no objections to the magistrate judge's report and recommendation.

The court has reviewed the record and has determined that the magistrate

judge's report and recommendation should be adopted.  Accordingly, it is

ORDERED:

1.  The magistrate judge's report and recommendation (doc. 19) is hereby

ADOPTED and incorporated by reference in this order.

2.  The plaintiff's motion (doc. 18) for a second medical opinion is DENIED.

3.  The clerk shall return the case to the magistrate judge.

DONE AND ORDERED this    21st    day of     October    , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE