IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ-MARTINEZ,

      Plaintiff,

v.                                                                                    4:14cv146–WS/CAS

CORIZON HEALTH, INC.,
DR. CHARLIE E. RICHARDSON,
NURSE CAROL DALLAS, and
K. SHARIEFF,

      Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc.

79) docketed July 21, 2016. The magistrate judge recommends that the defendants'

motions for summary judgment be granted. The plaintiff, Perez-Martinez, has filed

objections (doc. 80) to the report and recommendation.

Inmate Perez-Martinez was injured when he was assaulted by another inmate

on December 12, 2012, at Jefferson Correctional Institution. He contends that the

defendants were thereafter deliberately indifferent to his resulting serious medical

needs. As reported by the magistrate judge, the record evidence does not support

Perez-Martinez's contention. While Perez-Martinez now agrees that summary

judgment in favor of Dr. K. Sharieff is appropriate, he objects to summary

judgment being entered in favor of the remaining three defendants. He has not,

however, submitted evidence sufficient to raise a genuine issue as to whether those

defendants engaged in conduct rising to the level of an Eighth Amendment

violation. As recommended by the magistrate judge, all of the defendants are

entitled to summary judgment.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 79) is

ADOPTED and incorporated into this order by reference.

2. The defendants' motions for summary judgment (doc. 62 & 66) are

GRANTED.

3. The clerk shall enter judgment stating: "Judgment is entered in favor of all

the defendants and against the plaintiff."

DONE AND ORDERED this ___17th___ day of ___August___, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE